09-CV-05746-ORD

FILED ___ LODGED
___ RECEIVED

NOV 17 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANG HO LEE, | Case No.: 3:09-cv-05746-RBL |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government, and PERRY RHEW, Chief, United States Citizenship and Immigration Services' Administrative Appeals Office, | |
| Defendants. | |

TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety.

The dismissal is made pursuant to Rule 41(a)(1)(A)(i) of the Federal

2 | Rules of Civil Procedure.

3

4 | Dated this 16th day of November, 2010

5

6

IT IS SO ORDERED THIS 17 DAY OF November, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

s/Michael E. Piston
Michael E. Piston (WSBA 34649)
Yoo and Lee, L.L.P.
10900 N.E. 8th St., Ste 1519
Bellevue, WA 98004
(425)450-4858 telephone
(425) 450-4988 facsimile
michael@piston.net